Thomas P. Kelly III, Attorney at Law
CA 230699, OR 080927, DC 1000147
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Attorney for Defendant
Tracy Ponte

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 23-10148 |
| TRACY LYNN PONTE | Chapter 7 |
| Debtor. | Adversary Proceeding Number: 23-01004 |
| SSN : XXX-XX-2353 | NOTICE OF MOTION |
| | |
| MATILDA RAO, an individual, | Date: February 6, 2024<br>Time: 9:30AM<br>Judge: Hon. William J. Lafferty<br>Court: 1300 Clay Street<br>Courtroom 220<br>Oakland, California<br>94612 |
| Plaintiff. | |
| vs. | |
| TRACY LYNN PONTE, an individual, | |
| Defendant. | Date Filed: July 5, 2023<br>Trial Date: Not yet assigned |

Case: 23-01004   Doc# 16   Filed: 12/24/23   Entered: 12/24/23 15:06:48   Page 1 of 2
NOTICE OF MOTION                           Page 1 of 2                    RAO VS. PONTE AP 23-01004

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

# NOTICE OF MOTION

TO: THE COURT AND ALL INTERESTED PARTIES TAKE NOTICE that Defendant Tracy Ponte (hereinafter "Defendant") will and hereby does move this Court for an order compelling further discovery responses and to recover attorneys fees and/or sanctions from Plaintiff Matilda Rao (Hereinafter "Plaintiff").

This motion is based upon the concurrently filed Notice of Hearing, Memorandum of Points and Authorities, the concurrently filed Declaration of Thomas P. Kelly III and associated exhibits, and on all pleadings and papers on file in this action.

NOTICE IS FURTHER GIVEN that a hearing will be held on this motion on February 6, 2023 at 9:30am or as soon thereafter as the matter can be heard in 1300 Clay Street Courtroom 220, Oakland, California, 94612. Pursuant to Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California if there is any opposition it shall be filed and served on the initiating party at least 14 days prior to the actual scheduled hearing date.

NOTICE IS FURTHER GIVEN that the hearing on this Motion will not be conducted in the presiding judge's courtroom, but instead will be conducted by telephone or video only. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations via teleconference. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated: December 24, 2023

_Thomas P. Kelly III_
Thomas P. Kelly III
Attorney at Law

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700